**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

KIMBERLY JONES

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  18-19397VFP

HEARING DATE:  07/05/2018

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to the Debtor's proposed plan respectfully objects as follows:

- The unsecured debts of the Debtor exceed $394,725.00 rendering Debtor ineligible to be a Debtor under Chapter 13 pursuant to 11 U.S.C. Section 109(e).

    Specifically,  Schedules E and F are $2,046,274.

- The secured debts of the Debtor exceed $1,184,200.00, rendering Debtor ineligible to be a Debtor under Chapter 13 pursuant to 11 U.S.C. Section 109(e).

    Specifically,  Schedule D is $2,038,566.

- The 341 meeting on June 5 will not be conducted. The Trustee will move to dismiss the case if it has not been converted by the Confirmation hearing on July 5.

WHEREFORE, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that confirmation of the Debtor's Chapter 13 plan in its present form be denied.

Dated:  May 25, 2018

By:  /S/Marie-Ann Greenberg
Marie-Ann Greenberg, Esquire
Chapter 13 Standing Trustee