**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548(fax)
bkclient@straffilaw.com
Attorney for Debtor-in-Possession

|  |  |
|---|---|
| In Re: | ) UNITED STATES BANKRUPTCY COURT |
|  | ) FOR THE DISTRICT OF NEW JERSEY |
|  | ) |
|  | ) Chapter 11 Proceeding |
|  | ) Case No. 18-32075/VFP |
| Jones, Kimberly | ) |
|  | ) **SUPPLEMENTAL CERTIFICATION OF** |
|  | ) **DEBTOR IN SUPPORT OF NOTICE OF** |
|  | ) **MOTION FOR ENTRY OF AN ORDER** |
|  | ) **VOLUNTARILY DISMISSING CHAPTER 11** |
| Debtor. | ) **PROCEEDINGS** |
|  | ) |
|  | ) Hearing Date: July 16, 2019 @ 10:00 am |
|  | ) **ORAL ARGUMENT WAIVED** |

Kimberly Jones, being of full age, certifies as follows:

1. I am the Debtor in the above action and am personally familiar with the matters sets forth below.

2. I make this supplemental certification in support of the motion for entry of an order dismissing the Chapter 11 proceeding.

3. During the pending bankruptcy, my attorney has actively attempted to settle a resolution with the Federal and State taxing authorities.

4. It is my understanding from counsel that, in light of the amounts due and owing, any settlement would have to be approved by the Department of Justice.

5. The five (5) year term of the Chapter 11 Reorganization is a constrainment that would make repayment of any settlement difficult.

6. As a result of the recent mortgage modification, I am hopeful that the additional savings on my mortgage payment combined with the upswing in my present career trajectory will afford me the opportunity to negotiate agreements with both tax entities over a time period greater than the limitations and constraints associated with the Chapter 11 Reorganization. In essence, this dismissal will make repayment more feasible.

7. I certify that all of the above statements made by me are true. I am aware that if any of the above statements made by me are willfully false, I am subject to punishment.

Dated: July 3, 2019

/s/ Kimberly Jones
_____
Kimberly Jones