**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548(fax)
bkclient@straffilaw.com
Attorney for Debtor-in-Possession

| | |
|---|---|
| In Re: | ) UNITED STATES BANKRUPTCY COURT <br> ) FOR THE DISTRICT OF NEW JERSEY <br> ) <br> ) Chapter 11 Proceeding <br> ) Case No. 18-32075/VFP <br> ) <br> ) **CERTIFICATION OF DANIEL E.** <br> ) **STRAFFI, JR. PURSUANT TO RULE** <br> ) **2016-1** <br> ) <br> ) |
| Jones, Kimberly | |
| Debtor(s). | |

I, Daniel E. Straffi, Jr. I am an attorney at law of the State of New Jersey and certify as follows:

1. I was retained by Order of this Court on October 15, 2018 to serve as counsel to the Debtor-in-Possession in the above entitled matter.

2. As attorney for Debtor-in-Possession, by way of summary, performed all services necessary to represent the Chapter 11 Debtor, including but not limited to:

   a. Preparation of Notice of Request of Loss Mitigation;

   b. Preparation of Opposition to creditor's Motion for Relief of Stay;

   c. Preparation and file Motion to Convert to Chapter 11;

   d. Preparation of Amended Schedules to Petition for Chapter 11 conversion;

   e. Preparation of Retention Application for Accountant;

   f. Review and filing of Monthly Operating Reports;

   g. Appearance in Court on Status Conferences;

   h. Numerous emails and telephone conferences with attorney for lender with respect to loan modification applications and acceptance of same.

3. I have annexed hereto a detailed list of services rendered to the estate by me along with a detailed list of expenses.

4. I certify that the foregoing statements made by me are true. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

/s/ Daniel E. Straffi, Jr.

Dated: July 23, 2019

_____
Daniel E. Straffi, Jr.