

670 Commons Way Toms River NJ
08755
Ph. 732-341-3800
Fax. 732-341-3548
infodocuments@straffilaw.com

# Invoice

Kimberly Jones
C/o Ddk & Comapny Llp
1 Penn Plz
Ste 440
New York, NY 10119-0499

Date: 02/05/2019
Invoice No: 846
Due Date: 03/02/2019

Matter: BK-2647886KJones
Kimberly Jones

Memo: BK-2647886KJones Jones, Kimberly Jones - Chapter 11; Arendas, SN Servicing

## Professional Fees

| Date | Description | Hours | Amount |
| --- | --- | --- | --- |
| 05/30/2018 | Notice of Request for Loss Mitigation re: Loan Modification | 1.00 | $350.00 |
| 06/19/2018 | Receipt and Review of Motion for Relief of Stay re: 39 Timberline Drive | 0.50 | $175.00 |
| 07/03/2018 | Draft, Review and Revise Motion to Convert to Chapter 11 | 3.00 | $1,050.00 |
| 07/05/2018 | Draft and File Status Change Request re: Notice of Request of Loss Mitigation | 0.50 | $175.00 |
| 07/05/2018 | Draft email to Judge re: Status Change Request | 0.30 | $105.00 |
| 07/12/2018 | Draft, review and file Opposition to Motion for Relief of Stay | 1.00 | $350.00 |
| 07/12/2018 | Draft, Review and Revise Certification in Opposition to Creditor's Motion for Relief of Stay re: 39 Timberline Drive | 1.50 | $525.00 |
| 07/24/2018 | Email to Toni Parker Re: Telephone Conference | 0.10 | $35.00 |
| 07/25/2018 | Receipt and reivew of email from Toni Parker Re: Jones-Queen Bee Ent Inc. | 0.30 | $105.00 |
| 07/25/2018 | Email to Toni Parker Re: RE: Jones-Queen Bee Ent Inc. | 0.10 | $35.00 |
| 08/02/2018 | Email to Toni Parker Re: Jones Your Bankruptcy Matter | 0.20 | $70.00 |
| 08/02/2018 | Email to Toni Parker Re: RE: Jones Your Bankruptcy Matter | 0.10 | $35.00 |
| 08/06/2018 | Reply to email from Toni Parker Re: RE: Jones Your Bankruptcy Matter | 0.10 | $35.00 |
| 08/08/2018 | Email to Toni Parker Re: RE: Kimberly Jones | 0.10 | $35.00 |
| 08/09/2018 | Receipt and Serve Order to Convert Case to Chapter 11 | 0.50 | $175.00 |
| 08/09/2018 | Receipt and Review of Order Denying Motion for Relief of Stay | 0.20 | $70.00 |
| 08/11/2018 | Receipt and Review of MFR Order re: Jones | 0.10 | $35.00 |
| 08/13/2018 | Email to Brian E. Caine Re: RE: Kim Jones MRF order - payment address | 0.50 | $175.00 |
| 08/13/2018 | Attendance at Chapter 11 Meeting of Creditors | 3.00 | $1,050.00 |
| 08/22/2018 | Reply to email from Toni Parker Re: Jones | 0.10 | $35.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 08/22/2018 | Email to Toni Parker Re: RE: Jones | 0.20 | $70.00 |
| 08/23/2018 | Reply to email from Toni Parker Re: RE: Jones | 0.10 | $35.00 |
| 08/25/2018 | Prepare e-mail to client re: Chapter 11 requirements | 0.30 | $105.00 |
| 08/25/2018 | Review Operating Guildings of Chapter 11 Bankruptcy | 0.50 | $175.00 |
| 08/25/2018 | Draft, revise and file Application to Appoint Counsel | 1.00 | $350.00 |
| 08/25/2018 | Draft and file Amendment to Schedule B | 1.00 | $350.00 |
| 08/27/2018 | Email to Toni Parker Re: Royalties | 0.20 | $70.00 |
| 08/27/2018 | Receipt and Review of email from Arendas, Francyne (USTP) Re: Kimberly Jones | 0.10 | $35.00 |
| 08/27/2018 | Receipt and Review of email from Toni Parker Re: RE: Royalties | 0.20 | $70.00 |
| 08/28/2018 | Draft Email to Toni Parker Re: Chapter 11 Guidelines | 0.30 | $105.00 |
| 08/28/2018 | Draft Email to Toni Parker Re: Appointment of Professionals | 0.30 | $105.00 |
| 08/28/2018 | Draft Application of Appointment of Professional for signature re: Appt counsel and Accountant | 0.50 | $175.00 |
| 08/28/2018 | Draft Email to Toni Parker Re: Meeting of Creditors | 0.40 | $140.00 |
| 08/28/2018 | Draft Email to Toni Parker Re: Initial Interview with UST | 0.30 | $105.00 |
| 08/28/2018 | Email to Toni Parker Re: RE: Chapter 11 Guidelines | 0.10 | $35.00 |
| 08/29/2018 | Draft Email to Toni Parker Re: RE: Quick call | 0.10 | $35.00 |
| 08/31/2018 | Draft Email to Toni Parker Re: Jones amendment | 0.10 | $35.00 |
| 09/04/2018 | Draft Email to Artis, Michael A. (USTP) Re: Jones, Kimberly - Case# 18-19397/VFP | 0.20 | $70.00 |
| 09/04/2018 | Draft Email to Toni Parker Re: RE: Kimberly Jones | 0.10 | $35.00 |
| 09/04/2018 | Draft Email to Toni Parker Re: RE: Kimberly Jones | 0.10 | $35.00 |
| 09/04/2018 | Receipt and Review of email from Toni Parker Re: RE: Meeting of Creditors | 0.10 | $35.00 |
| 09/12/2018 | Draft Email to Toni Parker Re: RE: Initial Interview with UST | 0.20 | $70.00 |
| 09/12/2018 | Draft Email to Toni Parker Re: RE: Initial Interview with UST | 0.10 | $35.00 |
| 09/12/2018 | Email to Toni Parker Re: RE: Initial Interview with UST | 0.10 | $35.00 |
| 09/13/2018 | Draft Email to Toni Parker Re: Jones Your Bankruptcy Matter | 0.30 | $105.00 |
| 09/13/2018 | Draft Email to Toni Parker re: wire | 0.10 | $35.00 |
| 09/14/2018 | Draft Email to Toni Parker Re: Jones Your Bankruptcy Matter | 0.20 | $70.00 |
| 09/18/2018 | Draft Email to Toni Parker Re: Tax Returns | 0.30 | $105.00 |
| 09/18/2018 | Draft Email to Toni Parker Re: Kimberly Jones | 0.10 | $35.00 |
| 09/18/2018 | Draft Email to Arendas, Francyne, Bankruptcy Analyst Re: IDI | 1.50 | $525.00 |
| 09/18/2018 | Draft Email to Toni Parker Re: RE: Tomorrow | 0.10 | $35.00 |
| 09/18/2018 | Draft Email to Toni Parker Re: RE: DIP Acct list | 0.10 | $35.00 |
| 09/18/2018 | Draft and File Amendments to Schedules A/B, C and Summary | 2.00 | $700.00 |
| 09/21/2018 | Draft Email to Toni Parker Re: FW: Homeowners Client | 0.10 | $35.00 |
| 09/21/2018 | Receipt and Reply to email from A.D. Garfunkle re: homeowenrs | 0.20 | $70.00 |
| 09/21/2018 | Email to Toni Parker Re: RE: Homeowners Client | 0.20 | $70.00 |
| 09/21/2018 | Draft Email to Toni Parker Re: RE: Kimberly Jones-Homeowners Ins | 0.10 | $35.00 |
| 09/21/2018 | Draft Email to A.D. Garfunkel Re: Homeowners | 0.20 | $70.00 |
| 09/21/2018 | Email to Arendas, Francyne re: homeowners | 0.10 | $35.00 |
| 09/25/2018 | Draft Email to Artis, Michael A. (USTP) Re: Kimberly Jones - Case# 18-19397 | 0.10 | $35.00 |
| 09/26/2018 | Draft Email to chambers_of_vfp@njb.uscourts.gov Re: Adj Request | 0.40 | $140.00 |
| 09/26/2018 | Draft Email to Artis, Michael A. (USTP) Re: FW: Jones, Kimberly - Case# 18-19397/VFP | 0.30 | $105.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 09/26/2018 | Attendance at Status Conference Hearing | 2.00 | $700.00 |
| 09/29/2018 | Draft Email to Toni Parker Re: Kimberly Jones | 0.10 | $35.00 |
| 09/29/2018 | Draft, Revise and File Application for Retention of Counsel | 2.00 | $700.00 |
| 10/12/2018 | Court Call conference with UST Office re: Status Conference Hearing | 1.00 | $350.00 |
| 10/13/2018 | Draft Email to Toni Parker Re: Kimberly Jones | 0.10 | $35.00 |
| 10/15/2018 | Receipt and Review of Order Granting Retention of Counsel | 0.20 | $70.00 |
| 10/23/2018 | Draft Reply to email from Artis, Michael A. (USTP) Re: Kimberly Jones, chapter 11, Case No. 18-19397 | 0.20 | $70.00 |
| 10/23/2018 | Draft Email to Toni Parker Re: Monthly Operating Reports | 0.30 | $105.00 |
| 10/30/2018 | Draft Email to Mason, Gisell Re: Kimberly Jones - 18-19397 | 0.30 | $105.00 |
| 10/31/2018 | Review and File Monthly Operating Reports for August and September | 0.50 | $175.00 |
| 11/09/2018 | Draft Email to Toni Parker Re: FW: Kimberly Jones, Case No. 18-19397(VFP) | 0.10 | $35.00 |
| 11/14/2018 | Draft Email to Toni Parker Re: FW: Monthly Operating Reports | 0.10 | $35.00 |
| 11/20/2018 | Draft Email to Toni Parker Re: Operating Reports | 0.20 | $70.00 |
| 11/29/2018 | Reply to email from Ward, Hugh (USTP) Re: Jones, Kimberly 18-122-18-19397 | 0.20 | $70.00 |
| 11/30/2018 | Review and File Revised Monthly Operating Reports | 0.50 | $175.00 |
| 12/11/2018 | Draft Email to Toni Parker; Toni Parker Re: income | 0.30 | $105.00 |
| 12/12/2018 | Receipt and Review of loan modifciation packet from SN Servicing | 0.10 | $35.00 |
| 12/12/2018 | Draft Email to Toni Parker Re: loan modification | 0.30 | $105.00 |
| 12/13/2018 | Draft Email to Toni Parker Re: Loss Mitigation | 0.10 | $35.00 |
| 12/13/2018 | Draft Email to Toni Parker Re: loan modification | 0.10 | $35.00 |
| 12/13/2018 | Draft Email to Toni Parker Re: deficiencies | 0.20 | $70.00 |
| 12/13/2018 | Draft Email to Artis, Michael A. (USTP) Re: deficiencies | 0.20 | $70.00 |
| 12/13/2018 | Draft Email to Artis, Michael A. (USTP) Re: deficiencies | 0.20 | $70.00 |
| 12/13/2018 | Draft Email to Toni Parker Re: retnetion | 0.10 | $35.00 |
| 12/14/2018 | Draft Email to Toni Parker Re: deficiencies | 0.10 | $35.00 |
| 12/14/2018 | Draft Email to Toni Parker Re: deficiencies | 0.20 | $70.00 |
| 12/14/2018 | Draft Email to Artis, Michael A. (USTP) Re: Proof of Insurance | 0.20 | $70.00 |
| 12/14/2018 | Receipt and Review of attached docs to email from Toni Parker Re: check | 0.10 | $35.00 |
| 12/18/2018 | Draft Email to Toni Parker Re: RE: Jones | 0.10 | $35.00 |
| 12/19/2018 | Draft Email to Toni Parker Re: Loan Modification Application | 0.20 | $70.00 |
| 12/28/2018 | Draft Email to Toni Parker Re: FW: Kim Jones- 18-19397-VFP | 0.20 | $70.00 |
| 01/05/2019 | Emails and review of documents needed before Status conference hearing re: status conference | 1.00 | $350.00 |
| 01/08/2019 | Telephone conference with Toni re: Appointment of Accountant | 0.50 | $175.00 |
| 01/08/2019 | Draft Email to Chambers_of VFP Re: FW: status conference hearing | 0.10 | $35.00 |
| 01/10/2019 | Draft Email to Jonathan Schwalb Re: Loan Modification | 0.20 | $70.00 |
| 01/10/2019 | Receipt and Review of Loan Modification Packet | 0.50 | $175.00 |
| 01/10/2019 | Receipt and Review of Application and Certification of Retention | 0.30 | $105.00 |
| 01/17/2019 | Draft several Emails to Toni Parker Re: Monthly Operating Reports | 0.50 | $175.00 |
| 01/22/2019 | Receipt and Review of e-mail from Jonathan Schwlab re: loan modification | 0.20 | $70.00 |
| 01/22/2019 | Forward e-mail to Toni Parker re: loan modification documents | 0.20 | $70.00 |
| 01/22/2019 | Receipt and Reply email to Toni Parker re: wiring instructions | 0.20 | $70.00 |
| 01/25/2019 | Draft Email to Chambers_of VFP Re: FW: Jones, Kimberly - Case# 18-19397/VFP | 0.10 | $35.00 |

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 01/25/2019 | Draft Email to Toni Parker Re: MOR | | 0.10 | $35.00 |
| 01/30/2019 | Draft, Review and File Application to Appoint Accountant | | 2.00 | $700.00 |
| 01/30/2019 | Receipt and Review of Monthly Operating Reports | | 0.50 | $175.00 |
| 01/30/2019 | Upload and file Monthly Operating Reports | | 0.50 | $175.00 |
| 01/31/2019 | Receipt and Reply Email to Jeffrey Feinman Re: Deficiencies | | 0.20 | $70.00 |
| | | | **43.80** | **$15,330.00** |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 07/03/2018 | Chapter 11 Filing | $2,000.00 |
| 07/12/2018 | Photocopies | $20.40 |
| 07/12/2018 | Postage fees | $6.23 |
| 07/30/2018 | Postage fees | $4.76 |
| 08/09/2018 | Postage fees | $3.36 |
| 08/25/2018 | Postage | $1.36 |
| 09/29/2018 | Postage | $2.04 |
| 09/29/2018 | Photocopies | $3.40 |
| 10/12/2018 | Court Call Service | $65.00 |
| | | **$2,106.55** |

| | |
|---|---|
| Invoice Amount: | $17,436.55 |
| Other Outstanding Balances: | $3,444.91 |
| Total Amount: | $20,881.46 |
| Amount Received: | $17,436.55 |
| Balance Due: | $3,444.91 |
| Trust Balance: | - |



670 Commons Way Toms River NJ
08755
Ph. 732-341-3800
Fax. 732-341-3548
infodocuments@straffilaw.com

# Invoice

Kimberly Jones
C/o Ddk & Comapny Llp
1 Penn Plz
Ste 440
New York, NY 10119-0499

Date: 03/04/2019
Invoice No: 924
Due Date: 04/03/2019

**Matter:** BK-2647886KJones
Kimberly Jones

**Memo:** BK-2647886KJones Jones, Kimberly Jones - Chapter 11; Arendas, SN Servicing

## Professional Fees

| Date | Description | Hours | Amount |
|---|---|---|---|
| 02/06/2019 | Reply to email from Jonathan Schwalb Re: RE: Kim Jones- 18-19397-VFP | 0.30 | $105.00 |
| 02/07/2019 | Draft Email to Artis, Michael A. (USTP) Re: RE: Status Conference | 0.20 | $70.00 |
| 02/07/2019 | Draft Adjournment reqeust and Email to Chambers_of VFP Re Adj Request | 0.50 | $175.00 |
| 02/07/2019 | Receipt of email from lender and reply Email to Toni Parker Re: loan modification | 0.10 | $35.00 |
| 02/07/2019 | Receipt of email from Chambers_of VFP Re: Adjournment | 0.10 | $35.00 |
| 02/11/2019 | Draft Email to Jonathan Schwalb Re: Loan Modification | 0.40 | $140.00 |
| 02/13/2019 | Receipt and Reply Email to Toni Parker Re: RE: Refinance | 0.20 | $70.00 |
| 02/13/2019 | Draft Email to Toni Parker Re: RE: contract | 0.10 | $35.00 |
| 02/13/2019 | Receipt and Reply to email from Toni Parker Re: Contract | 0.20 | $70.00 |
| 02/18/2019 | Draft Email to Jonathan Schwalb Re: Contract | 0.30 | $105.00 |
| 02/28/2019 | Draft Email to Toni Parker Re: Signed Agreement | 0.10 | $35.00 |
| | | **2.50** | **$875.00** |

|  |  |
|---:|---:|
| Invoice Amount: | $875.00 |
| Other Outstanding Balances: | $3,444.91 |
| Total Amount: | $4,319.91 |
| Amount Received: | $875.00 |
| Balance Due: | $3,444.91 |
| Trust Balance: | - |



670 Commons Way Toms River NJ
08755
Ph. 732-341-3800
Fax. 732-341-3548
infodocuments@straffilaw.com

# Invoice

Kimberly Jones
C/o Ddk & Comapny Llp
1 Penn Plz
Ste 440
New York, NY 10119-0499

Date: 04/16/2019
Invoice No: 995
Due Date: 05/01/2019

Matter: BK-2647886KJones
Kimberly Jones

Memo: BK-2647886KJones Jones, Kimberly Jones - Chapter 11; Arendas, SN Servicing

## Professional Fees

| Date | Description | Hours | Amount |
|---|---|---|---|
| 03/16/2019 | Reply to email from Jonathan Schwalb Re: RE: Kim Jones- 18-19397-VFP | 0.10 | $35.00 |
| 03/19/2019 | Draft Email to Toni Parker Re: MOR | 0.30 | $105.00 |
| 03/27/2019 | Receipt and reply to Emaisl to Toni Parker Re: Loan Mod and MOR | 0.20 | $70.00 |
| | | 0.60 | $210.00 |

| | |
|---|---|
| Invoice Amount: | $210.00 |
| Other Outstanding Balances: | $3,444.91 |
| Total Amount: | $3,654.91 |
| Amount Received: | $210.00 |
| Balance Due: | $3,444.91 |
| Trust Balance: | - |



670 Commons Way Toms River NJ
08755
Ph. 732-341-3800
Fax. 732-341-3548
infodocuments@straffilaw.com

# Invoice

Kimberly Jones
C/o Ddk & Comapny Llp
1 Penn Plz
Ste 440
New York, NY 10119-0499

Date: 05/07/2019
Invoice No: 1085
Due Date: 06/01/2019

Matter: BK-2647886KJones
Kimberly Jones

Memo: BK-2647886KJones Jones, Kimberly Jones - Chapter 11; Arendas, SN Servicing

## Professional Fees

| Date | Description | Hours | Amount |
|---|---|---|---|
| 04/02/2019 | Receipt and reply to Email to Toni Parker regarding DIP accounts re: Case Admin | 0.10 | $35.00 |
| 04/02/2019 | Receipt and reply to email from Jonathan Schwab regarding Contract Agreement re: Loan Modification | 0.30 | $105.00 |
| 04/02/2019 | Draft Email to Toni Parker to obtian profit and loss Re: loan modification | 0.20 | $70.00 |
| 04/02/2019 | Receipt and Review of email from Toni Parker attaching profit and loss re: Loan Modification | 0.20 | $70.00 |
| 04/05/2019 | Receipt af profit and loss and submit to lender re: Loan Modification | 0.30 | $105.00 |
| 04/10/2019 | Receipt and reply of emails re: MOR | 0.20 | $70.00 |
| 04/11/2019 | Draft Email to Artis, Michael A. (USTP) Re: outstanding issues | 0.10 | $35.00 |
| 04/17/2019 | Receipt and reply Email to Artis, Michael A. (USTP) Re: Status Conference | 0.50 | $175.00 |
| 04/22/2019 | Draft Email to Artis, Michael A. (USTP) Re: Adjournment | 0.20 | $70.00 |
| 04/25/2019 | Draft Email to Toni Parker; Jeffrey Feinman Re: Loan Modification | 0.20 | $70.00 |
| 04/25/2019 | Receipt and Review of Loan Modification offer re: Loan Mod | 0.30 | $105.00 |
| | | 2.60 | $910.00 |

|  |  |
|---:|---:|
| Invoice Amount: | $910.00 |
| Other Outstanding Balances: | $3,444.91 |
| Total Amount: | $4,354.91 |
| Amount Received: | $910.00 |
| Balance Due: | $3,444.91 |
| Trust Balance: | - |



670 Commons Way Toms River NJ
08755
Ph. 732-341-3800
Fax. 732-341-3548
infodocuments@straffilaw.com

# Invoice

Kimberly Jones
C/o Ddk & Comapny Llp
1 Penn Plz
Ste 440
New York, NY 10119-0499

Date: 06/14/2019
Invoice No: 1160
Due Date: 07/13/2019

Matter: BK-2647886KJones
Kimberly Jones

Memo: BK-2647886KJones Jones, Kimberly Jones - Chapter 11; Arendas, SN Servicing

## Professional Fees

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/02/2019 | Draft Email to Toni Parker Re: Loan Modification | 0.10 | $35.00 |
| 05/03/2019 | Receipt and reply Email to Jeffrey Feinman; Toni Parker Re: Loan Modification | 0.20 | $70.00 |
| 05/06/2019 | Draft Email to Chambers_of VFP Re: Status Conference | 0.20 | $70.00 |
| 05/20/2019 | Draft Email to Toni Parker; Jeffrey Feinman Re: Loan Modification | 0.10 | $35.00 |
| 05/21/2019 | Receipt, review and file Monthly Operating Report | 1.00 | $350.00 |
| 05/21/2019 | Telephone conference with all parties re: Dismiss Case | 0.50 | $175.00 |
| 05/22/2019 | Draft Email to Jonathan Schwalb Re: Executed Loan Modification | 0.20 | $70.00 |
| 05/22/2019 | Receipt and Review of signed loan modification agreement re: Loan Modification | 0.30 | $105.00 |
| 05/24/2019 | Draft Email to Jeffrey Feinman; Toni Parker Re: Kimberly Jones - Motion to Dismiss | 0.10 | $35.00 |
| 05/31/2019 | Legal Research re: Motion to Dismiss | 0.50 | $175.00 |
| 05/31/2019 | Draft, Review and Revise Motion Voluntarily Dismissing Chapter 11 Proceeding re: Motion to Dismiss | 2.00 | $700.00 |
| | | 5.20 | $1,820.00 |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 05/31/2019 | Photocopies | $11.80 |
| 05/31/2019 | Postage fees | $11.56 |
| | | $23.36 |

|                              |              |
|-----------------------------:|-------------:|
| Invoice Amount:              | $1,843.36    |
| Other Outstanding Balances:  | $2,170.00    |
| Total Amount:                | $4,013.36    |
| Amount Received:             | $568.45      |
| Balance Due:                 | $3,444.91    |
| Trust Balance:               | -            |



670 Commons Way Toms River NJ
08755
Ph. 732-341-3800
Fax. 732-341-3548
infodocuments@straffilaw.com

# Invoice

Kimberly Jones
C/o Ddk & Comapny Llp
1 Penn Plz
Ste 440
New York, NY 10119-0499

Date: 06/27/2019
Invoice No: 1177
Due Date: 07/27/2019

Matter: BK-2647886KJones
Kimberly Jones

Memo: BK-2647886KJones Jones, Kimberly Jones - Chapter 11; Arendas, SN Servicing

## Professional Fees

| Date | Description | Hours | Amount |
| --- | --- | --- | --- |
| 06/07/2019 | Receipt and reply to email from Michael Artis re: Motion | 0.50 | $175.00 |
| 06/12/2019 | Draft Adjournment Request re: Motion | 0.50 | $175.00 |
| 06/12/2019 | Draft email to Judge's Chambers re: Adjourn Motion | 0.20 | $70.00 |
| 06/26/2019 | Draft review and revise Fee Application re: Fee Application | 2.00 | $700.00 |
| 06/27/2019 | Draft review and revise Supplemental Certification and Amended Order re: Motion to Dismiss | 2.00 | $700.00 |
| 06/27/2019 | Receipt and Review of Monthly Operating Reports re: Operating Reports | 1.00 | $350.00 |
| | | 6.20 | $2,170.00 |

| | |
| --- | --- |
| Invoice Amount: | $2,170.00 |
| Other Outstanding Balances: | $1,274.91 |
| Total Amount: | $3,444.91 |
| Amount Received: | - |
| Balance Due: | $3,444.91 |
| Trust Balance: | - |