| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>STRAFFI & STRAFFI, LLC<br>670 Commons Way<br>Toms River, NJ 08755<br>(732) 341-3800<br>(732) 341-3548 (fax)<br>bkclient@straffilaw.com | <br><br>Order Filed on July 30, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Jones, Kimberly<br>      Debtor(s). | Case No.:    18-19397<br><br>Hearing Date:    7/23/19@2:00 pm<br><br>Judge:    VFP<br><br>Chapter:    11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 30, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Straffi & Straffi, LLC<br>Daniel E. Straffi, Jr., Esq. | $21,315.00 | $2,129.91 |

*rev.8/1/15*